IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH EBAY, INC. ACCOUNTS JACKALSJUNK, MACJA2071, AND XAVMART-5527 THAT ARE STORED AT PREMISES CONTROLLED BY EBAY, INC. | Case No.<br><br>**Filed Under Seal** |

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Luke Holdbrook, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application for a search warrant for information associated with certain accounts, that are stored at premises owned, maintained, controlled, or operated by eBay, Inc., an online marketplace service provider headquartered at 2025 Hamilton Ave, San Jose, CA 95125. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require eBay, Inc. to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause to conduct a search of and for the items described in Attachments A and B for evidence, contraband, and/or instrumentalities of the criminal conduct described herein. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of

such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 841(a)(1) have been committed, are being committed, and will be committed by Carrieann Taylor and other persons as yet unknown. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes further described in Attachment B.

4. The purpose of applying for this warrant is to request all eBay, Inc. data for accounts: jackalsjunk, macja2071, and xavmart-5527; which are registered to or associated with Carrieann Taylor.

## BACKGROUND OF AFFIANT

5. I have been a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") since September 2019. I received specialized training in conducting criminal investigations at the FBI Academy, including interview and interrogation, case management, surveillance techniques, fundamentals of law and ethics, and report writing. In March 2020, I was assigned to the Los Angeles Division Inland Empire Safe Streets Task Force, a joint federal and state task force in Riverside, CA. In that capacity, I investigated, among other things, violent streets gangs, drug trafficking, and firearm violations. In February 2022, I was assigned to the Salt Lake City Division, Billings, MT Indian Country team, investigating violent crime on the Northern Cheyenne and Crow Reservations. In September 2023, I was assigned to the Beartooth Safe Streets Task Force, investigating violent street gangs, drug trafficking, and firearm violations. My education includes a bachelor's degree in Intelligence Operations.

## JURISDICTION

6. This Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated; see 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

7.      The FBI's Beartooth Safe Streets Task Force ("Beartooth SSTF") has been investigating the distribution of diet pills containing methamphetamine by Taylor, and other individuals known and unknown. Since January 27, 2022, Taylor has been selling diet pills through eBay accounts jacklasjunk, macja2071, and xavmart-5527.

8.      On February 7, 2023, Victim #1, a resident of Roberts, MT, with initials SY, purchased Skald "diet pills" from eBay seller jackalsjunk. After taking the pills, SY took a random drug screening at their place of employment. The drug screening test came back positive for methamphetamine. In November 2023, SY contacted the FBI to report the incident and that they are not a methamphetamine user. SY conducted a home methamphetamine test on the "diet pills," which tested positive for the presence of methamphetamine. SY stated he looked at reviews other people were putting on the jackalsjunk site and there were comments from others about losing their job after taking the pills. SY stated he saw that the pills were no longer available to purchase at that time. SY messaged the seller asking if the seller was going to have any more pills for sale. The seller responded that he would have more pills available the next day. The pills were listed the next day. When SY saw the pills relisted he messaged the seller saying they needed to stop selling the pills because they had meth in them. The seller took it off. However, a week later, SY saw jackalsjunk selling the pills under a different product name.

9.      Your affiant collected the remainder of the pills and submitted them to the Drug Enforcement Agency ("DEA") laboratory for testing. The DEA's analysis of the pills showed positive for the presence of methamphetamine. SY of Roberts, MT, provided the transaction information for the purchase of the pills from eBay. Publicly available records indicated eBay seller jacklalsjunk was selling Skald "diet pills" for the price of $26.96 per bottle. Your affiant subpoenaed eBay for all data relating to the sale of Skald "diet pills" from jackalsjunk. The eBay data showed jackalsjunk started selling Skald "diet pills" on January 27, 2022 to people located all over the United States. eBay suspended the account on October 10, 2023, and provided your affiant the registration for the account. The eBay records showed

the following account information: Carrieann Taylor, 5435 S Robin Avenue, Tuscon, Arizona. Law enforcement database checks and records showed Carrieann Taylor, date of birth 11/20/1975, resided at 5435 S Robin Ave, Tuscon, AZ as recently as August 2023. Jackalsjunk account data provided by eBay showed the account sold "diet pills" in 674 transactions from October 27, 2021 to September 16, 2023, for a total of $25,039.38.

10. Using the account data, your affiant then identified that another user had purchased pills from the Jackalsjunk account. Victim #2, a resident of Billings Montana, with intials LT, 6 bottles of Skald "diet pills" on March 8, 2023. On March 27, 2024, your affiant made contact with LT who stated that she still had one bottle of the pills left which was partially full. Your affiant collected the bottle for evidence. On March 28, 2024, the pills taken from LT were tested for illegal narcotics using an MX908 drug testing machine and they tested positive for methamphetamine.

11. On March 30, 2024, the FBI became aware of eBay account macja2071 registered to Carrieann Taylor. Macja2071 was selling Skald, PhenQ, and PhenQ Gold "diet pills." On April 3, 2024, an FBI undercover agent purchased PhenQ and PhenQ Gold "diet pills" from macja2071 and had them directly shipped to a post office box in Billings, MT. Your affiant received the PhenQ and PhenQ Gold "diet pills" and tested them for illegal narcotics using an MX908 drug testing machine and they tested positive for methamphetamine. The return address on the package was 249 5th Ave Fl 1, Troy, NY, 12182. eBay provided your affiant with the registration of the macja2071 account as Carrieann Taylor, 249 5th Ave Fl 1, Troy, NY, 12182. Ebay provided data to your affiant showing IP address 76.38.171.12 as the most recent IP address used for Macja2071's pill listings which is an IP address provided by Charter Communications in Troy, NY. On 4/24/2024, Charter Communications provided data showing Carrieann Taylor, address 249 5th Ave FL 1, Troy, NY; is a user of IP address 76.38.171.12 for the time period of 8/20/2023 to 4/25/2024. This IP address was used by macja2071 forty-four times to list Skald or PhenQ "diet pills." Macja2071 account data provided by eBay, showed the account sold "diet pills" in 639 transactions from August 22, 2022 to March 29, 2024, for a total of $24,903.58.

12. Using this data, your affiant learned that a user located in Wisconsin had recently purchased some of the PhenQ "diet pills" from the Macja2071 account. Victim #3, a residence of Randolph, WI, with initials MG, purchased a 3 pack of PhenQ "diet pills" from macja2071 on March 11, 2024. The pills were delivered on or about April 1, 2024. In coordination with your affiant, local law enforcement made contact with MG and took custody of the PhenQ "diet pills." Utilizing a field testing kit, the pills were tested for the presence of narcotics and found to contain methamphetamine.

13. On March 30, 2024, eBay provided account xavmart-5527, registered to 5435 S Robin Ave, Tuscon, AZ, as selling PhenQ and Skald "diet pills." Xavier Martinez, Carrieann Taylor's son, is the registered owner of xavmart-5527. On April 23, 2024, eBay law enforcement personnel provided details that account xavmart-5527 was selling PhenQ "diet pills" and using the same IP address (76.38.171.12), registered to Carrieann Taylor at 249 5th Ave Fl 1, Troy, NY, 12182. Law enforcement database checks, eBay records, and Arizona driver's license checks indicate Xavier Martinez's address is 5435 S Robin Avenue, Tuscon, AZ. The most recent sale from the xavmart-5527 account was on April 21, 2024, for an order of three PhenQ diet pill bottles. Xavmart account data provided by eBay, showed the sale of "diet pills" in 204 transactions from February 13, 2023 to March 5, 2024, for a total of $24,903.58.

14. A United States Postal Inspector in Troy, NY, provided your affiant with shipping information from a tracking number provided by eBay for xavmart-5527's most recent sale. The parcels first scan was enroute/ processed in Springfield, MA and delivered on April 30, 2024. USPS was unable to determine an accurate location for the origination of the parcel or where it entered the mail stream, but Springfield, MA is approximately 90 miles from Troy, NY. The Postal Inspector also provided the following USPS account information for Taylor containing the following information: Carrieann Taylor, address: 249 5th Ave Fl 1, Troy, NY 12182-3310; email: carrieanntaylor5@yahoo.com; phone Number: 518-222-4219.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

15. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require eBay

to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

16. Based on the foregoing, I request that the Court issue the proposed search warrant.

17. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on eBay, Inc.. Because the warrant will be served on eBay, Inc., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

_____
Luke Holdbrook
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on __May 13__, 2024

_____
Timothy J. Cavan
UNITED STATES MAGISTRATE JUDGE