FILED

MAY 13 2024

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | MJ-24- 63 -BLG-TJC |
| INFORMATION ASSOCIATED WITH EBAY, INC. ACCOUNTS JACKALSJUNK, MACJA2071, AND XAVMART-5527 THAT ARE STORED AT PREMISES CONTROLLED BY EBAY, INC. | ORDER |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding eBay, Inc. an electronic communication service or remote computing service, not to notify any person, including the subscribers and customers of the account listed in the above-captioned warrant, of the existence of the attached search warrant for a period of one year from the date of this order.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including giving targets an opportunity to destroy or tamper with evidence, including potential electronic evidence, change patterns of behavior, flee or avoid prosecution, or otherwise endanger the life or physical safety of an individual.

1

*See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that eBay, Inc. shall not disclose the existence of the attached search warrant or this Order of the Court, to the listed subscriber or person affiliated with the above phone to any other person for a period of one year from the date of this Order, except that eBay, Inc. may disclose the attached search warrant to an attorney for eBay, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the motion and this Order are sealed until otherwise ordered by the Court.

DATED this 13 day of May, 2024.

_____
Timothy J. Cavan
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of Montana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.
Information Associated with eBay, Inc. Accounts ) MJ-24-63-BLG-TJC
Jackalsjunk, Macja2071, And Xavmart-5527 that are )
stored at premises controlled by eBay, Inc. )

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ____5-27-24____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____United States Magistrate Judge Timothy J. Cavan____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____05/07/2025____.

Date and time issued: ____5-13-24 3:19 p.m.____   _____
*Judge's signature*

City and state:  Billings, MT   United States Magistrate Judge Timothy J. Cavan
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** |||
|---|---|---|
| Case No.: <br> MJ-24-63-BLG-TJC | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : ||| 
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

John Holdbrook, Special Agent
*Printed name and title*

## ATTACHMENT A

## *PROPERTY TO BE SEARCHED*

This warrant applies to information associated with the following eBay, Inc. accounts: (1) eBay, Inc. account identified by jackalsjunk; (2) eBay, Inc. account identified by macja2071; and (3) eBay, Inc. account identified by xavmart-5527 that is stored at premises owned, maintained, controlled, or operated by eBay, Inc., a company headquartered at 2025 Hamilton Ave, San Jose, CA.

## ATTACHMENT B

### *PARTICULAR THINGS TO BE SEIZED*

I. **Information to be disclosed by eBay, Inc. "eBay"**

To the extent that the information described in Attachment A is within the possession, custody, or control of eBay, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to eBay, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), eBay is required to disclose the following information to the government for each account or identifier listed in Attachment A:

   a. All records pertaining to the content of communications between eBay, the account, and any person regarding the account, including contacts with support services and records of actions taken.

   b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

   c. The types of service utilized by the user;

   d. All records or other information stored by an individual using the account, including, but not limited to, the contents of all messages between the account, eBay, and any other person or account.

The Provider is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), those violations involving Carrieann Taylor and other persons as yet unknown and occurring after since account creation, including, for each Account or identifier listed on Attachment A, information pertaining to the following matters:

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.